EILEEN M. DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JUSTIN A. OKUN (CA Bar No. 230954)
Assistant United States Attorney
　　　Room 7516, Federal Building
　　　300 North Los Angeles Street
　　　Los Angeles, California 90012
　　　E-mail: Justin>Okun@usdoj.gov
　　　Telephone: (213) 894-7354
　　　Facsimile: (213) 894-7819
Attorneys for Defendant
United States of America

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARA TURNER, an individual;<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES OF AMERICA;<br><br>　　　　Defendant. | Case No. 2:14-cv-06393-SS<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

The parties having filed a Stipulation for Compromise Settlement and Dismissal,

　　　IT IS HEREBY ORDERED:

　　　1.　　Plaintiff's action is dismissed with prejudice in its entirety;

　　　2.　　Each party shall bear their own costs of suit and fees; and

　　　3.　　The Court retains jurisdiction pending payment of the settlement.

DATED: 10/19/15

　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　SUZANNE H. SEGAL
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE